IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES J. DAVIS,**

    **Plaintiff,**

v.                                                                      **CASE NO.  4:13-cv-504-MW/CAS**

**MICHAEL D. CREW, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 32, filed February 3, 2014, and has reviewed *de novo* Petitioner's Objections to the Proposed Findings and Recommendations, ECF No. 35, filed February 20, 2014.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

Defendants' motion for a more definite statement, ECF No. 20, is **GRANTED**.  Plaintiff is required to submit an amended complaint which explains the state law tort claim.  Defendants' motion to dismiss, ECF No. 20, against Defendant Crews in his official capacity, is **GRANTED in part** as to monetary

1

damages, but **DENIED in part** as to prospective injunctive relief. Defendants' motion to dismiss, ECF No. 20, is **GRANTED**, but Plaintiff is provided an opportunity to submit an amended complaint which alleges specific acts to support claims against the supervisory officials. The motion to dismiss, ECF No. 20, is **GRANTED in part** and Plaintiff's claims shall be limited to nominal damages. The motion to dismiss, ECF No. 20, is **GRANTED in part** as to Plaintiff's Fourth and Fourteenth Amendment claims, but **DENIED** as to Plaintiff's First and Eighth Amendment claims. This case is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on March 11, 2014.**

                                        <u>s/Mark E. Walker</u>
                                        **United States District Judge**