## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CHARLES J. DAVIS,**

       **Plaintiff,**

**v.**                                      **CASE NO. 4:13cv504-MW/CAS**

**LT. DEBRA ROBINSON, et al.,**

       **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING SECOND REPORT
## AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Second Report

and Recommendation, ECF No. 54, filed August 08, 2014.  No objections have

been filed.  Accordingly,

IT IS ORDERED:

The Second Report and Recommendation is **accepted and adopted** as this

Court's opinion.  Plaintiff's motion for a preliminary injunction is **DENIED**.  This

case is remanded to the Magistrate for further proceedings.

**SO ORDERED on September 7, 2014.**

**s/Mark E. Walker**_____
**United States District Judge**