IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES J. DAVIS,

       Plaintiff,

v.                                      Case No.  4:13cv504-MW/CAS

LT. DEBRA ROBINSON, et al.,

       Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No.73.   Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Costs of $45 are **imposed** pursuant to Rule 37 against Plaintiff.  The motion to stay this case pending payment of the costs, ECF No. 37, is **DENIED**. This case is **remanded to the Magistrate Judge** for further proceedings including

1

entry of an order directing the Department of Corrections to impose the sanction as a lien on Plaintiff's inmate bank account.

**SO ORDERED on April 16, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
